No. 418. DUGGAN, TRUSTEE, *v.* SANSBERRY, TRUSTEE; and

No. 419. NATIONAL AIRCRAFT CORP. *v.* SANSBERRY, TRUSTEE. November 5, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Luke E. Hart, Geo. O. Durham* and *Noah Weinstein* for petitioners. *Messrs. Ralph Bamberger* and *Isidore Feibleman* for respondent. Reported below: 149 F. 2d 548.

No. 435. LAND, CHAIRMAN OF THE U. S. MARITIME COMMISSION, ET AL. *v.* WATERMAN STEAMSHIP CORP. November 5, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Acting Solicitor General Judson* for petitioners. *Mr. Bon Geaslin* for respondent.

No. 444. BIGELOW ET AL. *v.* R K O RADIO PICTURES, INC. ET AL. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Thomas C. McConnell* and *Hubert Van Hook* for petitioners. *Messrs. Carl Meyer, Miles G. Seeley, Edward R. Johnston, Edmund D. Adcock* and *Vincent O'Brien* for respondents. *Solicitor General McGrath* filed a memorandum on behalf of the United States, as *amicus curiae,* in support of the petition.

No. 473. PENNEKAMP ET AL. *v.* FLORIDA. November 5, 1945. Petition for writ of certiorari to the Supreme Court of Florida granted. *Messrs. Robert R. Milam, E. T. McIlvaine* and *Elisha Hanson* for petitioners. *J. Tom Watson,* Attorney General of Florida, *Messrs. James M.*

*Carson, Giles J. Patterson, F. M. Hudson* and *M. L. Mershon* for respondent.

No. 405. SWANSON *v.* MARRA BROTHERS, INC. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Abraham E. Freedman* and *Charles Lakatos* for petitioner. *Messrs. Joseph W. Henderson* and *George M. Brodhead* for respondent.

No. 408. MONTGOMERY WARD & CO., INC. ET AL. *v.* UNITED STATES. See *ante,* p. 690.

No. 452. COMMISSIONER OF INTERNAL REVENUE *v.* FISHER ET AL., EXECUTORS, ET AL. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Acting Solicitor General Judson* for petitioner. *Messrs. Benjamin E. Jaffe* and *R. M. O'Hara* for respondents.

No. 393. COLLINS ET AL. *v.* BOWLES, PRICE ADMINISTRATOR. November 5, 1945. Petition for writ of certiorari to the United States Emergency Court of Appeals granted. *Messrs. Allen P. Dodd, Sr., Max O'Rell Truitt* and *Mac Asbill* for petitioners. *Acting Solicitor General Judson* for respondent.

No. 400. UTAH JUNK CO. *v.* BOWLES, PRICE ADMINISTRATOR. November 5, 1945. Petition for writ of certiorari to the United States Emergency Court of Appeals granted.